THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-80973 CIV-RYSKAMP

CLAUDIA SCHORRIG,
on their own behalves and behalf
of those similarly situated,

       Plaintiff,

vs.

IBM SOUTHEAST EMPLOYEES'
FEDERAL CREDIT UNION, et al.,

       Defendant.
_____/

### PLAINTIFF'S MOTION PURSUANT TO Fed. R. Civ. P. 41 FOR DISMISSAL OF THE COMPLAINT AGAINST JAY JONES, WITHOUT PREJUDICE

The Plaintiff, CLAUDIA SCHORRIG, on her own behalf and on behalf of those similarly situated, moves the Court pursuant to Federal Rule of Civil Procedure 41(1) for the entry of an order dismissing the complaint heretofore filed against JAY JONES, without prejudice and says:

1. Jay Jones is named as a defendant in the above entitled matter and was served with the complaint on or about July 12, 2009. The action is pending on the Court's order enlarging the time for a response.

2. The Plaintiff wishes to dismiss the complaint against JAY JONES, without prejudice and moves the Court for the entry of an order granting a dismissal pursuant to Fed. R. Civ. P. 41(1).

3. This motion is not made for the purpose of delay. A copy of the Proposed Order granting this motion is attached as Exhibit "A."

**WHEREFORE**, the Plaintiff, CLAUDIA SCHORRIG, on her own behalf and on behalf of those similarly situated, requests that the Court grant this motion and enter an order dismissing the

- 2 -

complaint against JAY JONES, without prejudice.

Respectfully submitted by:

By: /s/ Scott L. Silver
    Scott L. Silver, Esq. (Fla. Bar No. 095631)
    Email: silver@stockattorneys.com

    BLUM & SILVER, LLP
    12540 W. Atlantic Blvd.
    Coral Springs, FL 33071
    Telephone: (954) 255-8181
    Facsimile: (954) 255-8175
    Attorneys for Plaintiff

Date: October 27, 2009

## CERTIFICATE AND GOOD FAITH REPORT

Pursuant to Local Rule 7.1 A(3), I certify that an effort was made to agree upon the relief requested here. Counsel for JAY JONES has no objection to the requested relief and in fact, specifically agrees that the motion should be granted.

/s/ Scott L. Silver
Scott L. Silver

CASE NO.: 09-80973 CIV-RYSKAMP

## ATTORNEY'S CERTIFICATION AS TO SERVICE

I HEREBY CERTIFY that the foregoing document was filed using the Court's CM/ECF system and was served this 27th day of October 2009, upon counsel via the CM/ECF system.

/s/ Scott L. Silver
Scott L. Silver