UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-80973-RYSKAMP/ VITUNAC

CLAUDIA SCHORRIG, URSULA
KUZENKO, and JOLENE SULLIVAN
on their own behalf and on behalf
of those similarly situated,

    Plaintiffs,

v.

IBM SOUTHEAST EMPLOYEES'
FEDERAL CREDIT UNION,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**

**THIS CAUSE** comes before the Court on the Plaintiffs' Unopposed Motion for Leave to File Second Amended Class Action Complaint **[DE 38]**. Having reviewed the motion, noting the unopposed nature of the relief requested, and having been otherwise duly advised of its premises, it is hereby

**ORDERED AND ADJUDGED** that

1. Plaintiffs' Unopposed Motion for Leave to File Second Amended Class Action Complaint **[DE 38]** is **GRANTED.**

2. Plaintiffs' Second Amended Complaint is deemed filed as of the date of this order.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida this 19 day of January 2010.

                                                  /s/ Kenneth L. Ryskamp
                                                  KENNETH L. RYSKAMP
                                                  UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
All counsel of record.