UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 09-80973-CIV-RYSKAMP

CLAUDIA SCHORRIG, URSULA
KUZENKO, and JOLENE SULLIVAN
on their own behalves and behalf
of those similarly situated,

    Plaintiffs,

vs.

IBM SOUTHEAST EMPLOYEES'
FEDERAL CREDIT UNION,

    Defendant.
_____)

**ANSWER AND AFFIRMATIVE DEFENSES TO
<u>SECOND AMENDED CLASS ACTION COMPLAINT</u>**

Defendant IBM SOUTHEAST EMPLOYEES' FEDERAL CREDIT UNION ("Credit Union"), by its undersigned counsel, for its Answer to the Second Amended Class Action Complaint, states as follows:

1. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in Paragraphs "1," "2" and "3" of the Second Amended Class Action Complaint.

2. Admits only that Credit Union is a federally chartered corporation under 12 U.S.C. § 1461 et seq. and maintains its headquarters in Boca Raton, Florida, where it was founded, and denies the remaining allegations contained in Paragraph "4" of the Second Amended Class Action Complaint.

{350211.0001/N0811757_1}

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

CASE NO. 09-80973-CIV-RYSKAMP

3. Admits as to Paragraph "5" of Second Amended Class Action Complaint only that the Credit Union's citizenship for diversity purposes is determined by many factors and respectfully submits that the case law is clear.

4. Admits each and every allegation contained in Paragraphs "6" and "7" of the Second Amended Class Action Complaint.

5. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in Paragraphs "8," "9" and "10" of the Second Amended Class Action Complaint.

6. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in Paragraphs "11" and "12" of Second Amended Class Action Complaint and respectfully refers to the Examiner's Report attached to the Second Amended Class Action Complaint as Exhibit "A" for its proper interpretation and effect.

7. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in Paragraphs "13," "14" and "15" of the Second Amended Class Action Complaint.

8. Denies each and every allegation contained in Paragraph "16" of the Second Amended Class Action Complaint.

9. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in Paragraphs "17," "18," "19," "20" and "21" of the Second Amended Class Action Complaint.

10. Denies each and every allegation contained in Paragraphs "22," "23," "24," "25," "26," "27," "28," "29," "30," "31," "32," "33" and "34" of the Second Amended Class Action Complaint.

{350211.0001/N0811757_1}

2

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

11. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in Paragraphs "35" of the Second Amended Complaint.

12. As to Paragraph "36" of the Second Amended Class Action Complaint, repeats and realleges each and every response heretofore asserted in response to Paragraphs "1" through "34" of the Second Amended Class Action Complaint with the same force and effect as if set forth fully herein.

13. Denies each and every allegation contained in Paragraphs "37," "38," "39," "40," "41" and "42" of the Second Amended Class Action Complaint.

14. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in Paragraph "43" of the Second Amended Class Action Complaint.

## AS AND FOR A FIRST
## AFFIRMATIVE DEFENSE

15. This Court lacks subject matter jurisdiction under the Class Action Fairness Act as the majority of Credit Union members who purchased Cornerstone Ministries, Inc. bonds have opted to participate in the Private Actions Trust established in the bankruptcy action pending in the Northern District of Georgia entitled: *In Re: Cornerstone Ministries Investments, Inc.*, Case No. 08-20355-rcb., United States Bankruptcy Court, Northern District of Georgia, Gainesville Division.

16. On April 9, 2009, the Court confirmed the Plan of Liquidation Proposed by Cornerstone Ministries Investments, Inc., and the Official Committee of Creditors Holding Unsecured Claims ("Plan of Liquidation"). (DE 561).

17. Pursuant to Section 7 of the Plan of Liquidation, a Private Actions Trust was created to "receive, hold, liquidate and distribute Non-Estate Claims, which are defined as claims

{350211.0001/N0811757_1}

3

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

a creditor (rather than CMI or the Estate) holds, other than a claim against CMI, that arise from or relate to CMI...".

18. Further, all claimants that contributed their claims to the Private Actions Trust irrevocably assigned their claims to the Private Actions Trust which then became the owner of the Non-Estate Claims and only the Private Actions Trust and not the claimants may pursue the Non-Estate Claims. The Assignment is absolute and irrevocable.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

19. Plaintiff Ursula Kuzenko is not a proper Plaintiff or putative class action representative as she assigned her claims, if any, to the Private Actions Trust as reflected on the Ballot Tabulation Report filed in the bankruptcy action on March 19, 2009, and therefore, lacks standing herein as either an individual Plaintiff or as a putative class representative.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

20. Credit Union affirmatively alleges that it acted at all times material hereto in good faith with respect to its members and fulfilled all duties applicable by law to its members.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

21. Credit Union affirmatively alleges that there is no connection between Plaintiffs' alleged damages or injuries and any alleged negligence on the part of Credit Union, and therefore, Plaintiffs are not entitled to recover due to the absence of proximate cause.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

22. Credit Union affirmatively alleges that at all times material hereto, it acted within its contractual and/or statutory rights, and pursuant to state and federal law.

{350211.0001/N0811757_1}

4

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

## AS AND FOR A SIXTH
## AFFIRMATIVE DEFENSE

23. Credit Union affirmatively alleges that Plaintiffs' damages were due to the conduct of third parties and not within the control of Credit Union.

## AS AND FOR A SEVENTH
## AFFIRMATIVE DEFENSE

24. Credit Union affirmatively alleges that the actions of others constitute a superseding cause as the basis for Plaintiffs' damages, if any.

## AS AND FOR AN EIGHTH
## AFFIRMATIVE DEFENSE

25. Credit Union affirmatively alleges that Plaintiffs' alleged damages were caused by an intervening causes, specifically, the failure of others to properly monitor the investments of Cornerstone Ministries Investments, Inc.

## AS AND FOR A NINTH
## AFFIRMATIVE DEFENSE

26. Credit Union affirmatively alleges that Plaintiffs' claims are barred, in whole or in part, due to the equitable doctrine of laches.

## AS AND FOR A TENTH
## AFFIRMATIVE DEFENSE

27. Credit Union affirmatively alleges that Plaintiffs have failed to mitigate their damages.

## AS AND FOR AN ELEVENTH
## AFFIRMATIVE DEFENSE

28. Credit Union affirmatively alleges that Plaintiffs' claims are barred, in whole or in part, due to Plaintiffs' lack of standing.

{350211.0001/N0811757_1}

5

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

### AS AND FOR A TWELFTH
### AFFIRMATIVE DEFENSE

29. Credit Union affirmatively alleges that Plaintiffs' claims are barred, in whole or in part, for failure to state a cause of action against Credit Union and failure to state sufficient facts upon which the relief demanded can be granted.

### AS AND FOR A THIRTEENTH
### AFFIRMATIVE DEFENSE

30. Credit Union affirmatively alleges that its conduct met and/or exceeded applicable industry standards.

### AS AND FOR A FOURTEENTH
### AFFIRMATIVE DEFENSE

31. Credit Union affirmatively alleges that Plaintiffs' claims are barred by the doctrines of waiver, estoppel, and ratification.

### AS AND FOR A FIFTEENTH
### AFFIRMATIVE DEFENSE

32. At all times material hereto, Credit Union's business activities are localized in Florida and therefore, there exists no basis for diversity jurisdiction.

33. Credit Union reserves the right to supplement its affirmative defenses to Plaintiffs' Second Amended Class Action Complaint as additional facts and/or information are discovered.

34. Credit Union has retained the undersigned counsel to represent its interests in connection with the above-styled cause and is obligated to pay the undersigned reasonable attorneys' fees and costs.

{350211.0001/N0811757_1}

6

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

WHEREFORE, Defendant IBM SOUTHEAST EMPLOYEES' FEDERAL CREDIT UNION, respectfully requests that the Second Amended Class Action Complaint be dismissed, together with such other and further relief as this Court may deems just and proper.

Respectfully submitted,

**ADORNO & YOSS LLP**

s/Robin Corwin Campbell
Robin Corwin Campbell
Florida Bar No. 327931
Rcampbell@adorno.com
Jan Douglas Atlas
Florida Bar No. 226246
jda@adorno.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Telephone:  (954) 763-1200
Facsimile:  (954) 766-7800

*Attorneys for Defendant IBM Southeast Employees' Federal Credit Union*

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on February 10, 2010, we electronically filed the foregoing with the Clerk of Court using CM/ECF.  We also certify that the foregoing document is being served this day either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robin Corwin Campbell
Robin Corwin Campbell

{350211.0001/N0811757_1}

7

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

34.     Credit Union has retained the undersigned counsel to represent its interests in connection with the above-styled cause and is obligated to pay the undersigned reasonable attorneys' fees and costs.

WHEREFORE, Defendant IBM SOUTHEAST EMPLOYEES' FEDERAL CREDIT UNION, respectfully requests that the Second Amended Class Action Complaint be dismissed, together with such other and further relief as this Court may deems just and proper.

Respectfully submitted,

**ADORNO & YOSS LLP**

s/Robin Corwin Campbell
Robin Corwin Campbell
Florida Bar No. 327931
Rcampbell@adorno.com
Jan Douglas Atlas
Florida Bar No. 226246
jda@adorno.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Telephone:  (954) 763-1200
Facsimile:   (954) 766-7800

*Attorneys for Defendant IBM Southeast Employees' Federal Credit Union*

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on February 10, 2010, we electronically filed the foregoing with the Clerk of Court using CM/ECF.  We also certify that the foregoing document is being served this day either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Robin Corwin Campbell
Robin Corwin Campbell

{350211.0001/N0811757_1}

7

ADORNO & YOSS LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800