UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.:  09-80973-CIV-RYSKAMP

CLAUDIA SCHORRIG, URSULA KUZENKO

and JOLENE SULLIVAN, on their own behalf

and on behalf of those similarly situated,

Plaintiff,

vs.

IBM SOUTHEAST EMPLOYEES'

FEDERAL CREDIT UNION,

Defendants.

CERTIFIED COPY

_____

DEPOSITION OF

CLAUDIA SCHORRIG

Taken on behalf of the Defendants

DATE TAKEN:  July 6, 2010

TIME:  10:16 a.m.

PLACE: 350 E. Las Olas Boulevard

Fort Lauderdale, Florida

Examination of the witness taken before:

April A. Davis, Registered Professional Reporter and

Florida Professional Reporter

United Reporting, Inc.

1218 SE 3rd Avenue

Fort Lauderdale, Florida 33312

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.:  09-80973-CIV-RYSKAMP

CLAUDIA SCHORRIG, URSULA KUZENKO

and JOLENE SULLIVAN, on their own behalf

and on behalf of those similarly situated,

Plaintiff,

vs.

IBM SOUTHEAST EMPLOYEES'

FEDERAL CREDIT UNION,

Defendants.

CERTIFIED
COPY

_____

DEPOSITION OF
CLAUDIA SCHORRIG

Taken on behalf of the Defendants

DATE TAKEN:  July 6, 2010

TIME:  10:16 a.m.

PLACE: 350 E. Las Olas Boulevard

Fort Lauderdale, Florida

Examination of the witness taken before:

April A. Davis, Registered Professional Reporter and

Florida Professional Reporter

United Reporting, Inc.

1218 SE 3rd Avenue

Fort Lauderdale, Florida 33312

Page 2

```
1        APPEARANCES:

2             ON BEHALF OF THE PLAINTIFF:

3             DIMOND, KAPLAN & ROTHSTEIN, P.A.

              2665 South Bayshore Drive

4             Penthouse 2B

              Miami, Florida 33133

5             BY: ROBERT E. LINKIN, ESQ.

6

7              ON BEHALF OF THE DEFENDANT:

8             ADORNO & YOSS, LLP

              350 East Las Olas Boulevard

9             Suite 1700

              Fort Lauderdale, Florida 33301

10            BY: ROBIN CORWIN CAMPBELL, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2

 3     WITNESS:  CLAUDIA SCHORRIG

 4     Direct Examination by Ms. Campbell, Page 4

 5     Certificate Of Oath, Page 132

 6     Certificate of Reporter, page 133

 7

 8              DEFENDANT'S EXHIBIT INDEX

 9     No.              Description

10     1                notice of taking depo

11     2                document production

12     3                disclosure statement

13     4                disclosure statement

14     5                acknowledgment form

15     6                Wellstone document

16     7                breaking news

17     8                marketing materials

18     9                breaking news

19

20

21

22

23

24

25
```

Page 4

```
1        Thereupon:

2                      URSULA KUZENKO

3        Was called as a witness by the Defendant, and

4   having been first duly sworn, was examined and testified

5   as follows:

6                    DIRECT EXAMINATION

7   BY MS. CAMPBELL:

8        Q    My name is Robin Campbell and I am

9   representing the defendant in the lawsuit that was filed

10  on your behalf, which is IBM Southeast Employees'

11  Federal Credit Union.  Here with me is Rhaya Ambrose,

12  who works for the credit union.  I'm going to be taking

13  your deposition today in connection with the allegations

14  that were asserted by you against the credit union in

15  the motion for class certification that's pending.

16                  Can you please state -- Let's start out

17  with, state your full name for the record.

18       A    Claudia Schorrig.

19       Q    And what is your address?

20       A    275 Northwest 9th Street, Boca Raton,

21  Florida 33432.

22       Q    And do you reside with anyone at that address?

23       A    No.

24       Q    And how long have you lived at that address?

25       A    32 years.
```

Page 18

```
 1    money other than having an account at the credit union

 2    or a checking or savings account with any brokerage

 3    firm, broker dealer, any investment firm?  Any of those

 4    types of places where you would purchase -- whether it's

 5    annuities, a 401(k), all types of investment vehicles.

 6    Did you have an account anywhere else before you --

 7    before Wellstone?

 8        A     I'm not sure about that time period because I

 9    can't -- I don't remember.  Because you're asking --

10    From the time I became a member of the credit union to

11    2004, when I -- It's in the documents.  I think it was

12    2004 that Cornerstone Ministries, Inc. was started.  I

13    just read it.  I think it was 2004.  But I don't know if

14    before that -- I can't -- I can't remember, I really

15    can't.

16    BY MS. CAMPBELL:

17        Q     You don't know if you invested money outside

18    of the money in the bank?

19        A     Not before 2004.

20        Q     What happened in 2004 that you became able to

21    invest monies through Wellstone?

22        A     Because I had CDs.  I had CDs at the credit

23    union.  The credit union had been my bank, my trusted

24    bank.  And the credit -- the CDs were doing as well as I

25    had hoped.  So, they, the credit union people, told me,
```

Page 19

1    Oh, we have financial services.  I said, Really?  Yeah.

2    So, that's how that happened.

3        Q      Who at the credit union told you -- how did

4    you first -- Strike that.

5                    Who told you about Wellstone Securities?

6        A      The credit union.

7        Q      Who?

8        A      Christi Seay.  And she said that the agent we

9    use -- we use Wellstone.  The agent we use is Dell

10   Miller for securities of that nature.  She dealt more,

11   as I understood it, with other -- I don't know, with

12   other financial vehicles, but she steered me to

13   Wellstone and Dell Miller, who had, as I said before,

14   his office in Orlando.  When I asked why Orlando, why

15   not here -- I mean, that's long distance, she said,

16   Well, that's where he is.

17       Q      Did you understand that Christi Seay worked

18   for the credit union?

19       A      Yes.

20       Q      What led you to believe that Christi Seay

21   worked for the credit union?

22       A      She told me.  She made very clear to me

23   that -- because I asked a million questions, I wanted to

24   be very careful.  And she said, I am on salary with the

25   credit union.  We do not get commission, we do not get

Page 20

1    commission, and we use Wellstone for our members, the

2    credit union members.  She had her office in the credit

3    union, Christi Seay.  And when you walked in the credit

4    union, you -- there's a receptionist.  You go off to the

5    right, there's a corridor and you go straight back and

6    you make a left, and Christi's office, Christi Seay's

7    office, was right there in the back.  I was there at

8    least twice.

9         Q    Was there a door to Christi Seay's office?

10        A    Yes.

11        Q    Did it say Wellstone Securities on it?

12        A    I -- That I don't remember.  I don't know.

13        Q    Did Christi Seay ever give you a business card

14   of hers?

15        A    I believe she did.

16        Q    Did you keep it?

17        A    If I did, I don't know where it is.  I don't

18   know where it is, yes.

19        Q    Do you recall that the business card said that

20   she -- her business card identified her as a member --

21   as working for the credit union?

22        A    I don't remember.  What I do remember is

23   that -- I know I'm not -- I don't want to say anything,

24   I'm not 100 percent sure, but I believe she said she was

25   also a representative of Wellstone, but that I'm not

Page 21

1  sure about now because it wasn't that clear.  I knew she

2  worked for the credit union, no commission, because she

3  said, You don't need to worry.  We are not

4  commission-driven.  We work for the credit union and we

5  do this for our credit union members, this service.

6      Q    And you're sure that was Christi Seay who said

7  that?

8      A    Yes.

9      Q    And do you recall when that was?

10     A    No, I am sorry.  I don't know -- remember.  I

11  don't know exactly when that was, no.

12          (Thereupon, the document referred to was

13      marked as Defendant's Exhibit Number 3 for

14      identification.)

15  BY MS. CAMPBELL:

16     Q    I'm going to show you a document that we'll

17  have marked as Defendant's Exhibit 3 for identification.

18  I want to ask if you've seen this before?

19     A    Well, I must have because I initialed it.

20     Q    And what is this?

21     A    Wellstone -- I don't know.  So, I have to --

22          (Discussion off the record.)

23          MR. LINKIN:  Give her a couple of minutes to

24      read the document.

25

Page 132

1                    CERTIFICATE OF OATH

2        STATE OF FLORIDA

3        COUNTY OF BROWARD

4

5          I, April A. Davis, a Registered Professional

6    Reporter and Notary Public, State of Florida, certify

7    that CLAUDIA SCHORRIG, personally appeared before me on

8    the 6th day of July 2010 and was duly sworn.

9

10         Signed this 6th day of July 2010.

11

12                  *April A. Davis* [signature]

13         _____

14    April A. Davis, Registered Professional Reporter

15                  United Reporting, Inc.

                    1218 SE 3rd Avenue

16              Fort Lauderdale, Florida 33312

17

18

19

20

21

22

23

24

25

Page 133

1

2                    CERTIFICATE OF REPORTER

3    STATE OF FLORIDA          )

4                              ) SS

5    COUNTY OF BROWARD)

6         I, April A. Davis, Registered Professional

7    Reporter and Notary Public in and for the State of

8    Florida at Large, do hereby certify:

9         That prior to being examined, the witness in

10   the foregoing proceedings was by me duly sworn to

11   testify to the truth;

12        That said proceedings were taken before me at

13   the time and place therein set forth and were

14   taken down by me in shorthand and thereafter

15   transcribed into typewriting under my direction and

16   supervision;

17        I further certify that I am neither  counsel

18   for, nor related to, any party to said proceedings,

19   nor in anywise interested in the outcome thereof.

20        In witness, whereof, I have hereunto

21   subscribed my name.

22        Dated this 6th day of July, 2010.

23        _____.

24        April A. Davis, RPR  , Notary Public

             State of Florida at Large

25           Commission No. DD802869

             Expires 9/4/12

UNITED REPORTING, INC.
(954) 525-2221

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.:  09-80973-CIV-RYSKAMP

CLAUDIA SCHORRIG, URSULA KUZENKO

and JOLENE SULLIVAN, on their own behalf

and on behalf of those similarly situated,

Plaintiff,

vs.

IBM SOUTHEAST EMPLOYEES'

FEDERAL CREDIT UNION,

Defendants.

**CERTIFIED COPY**

_____

DEPOSITION OF

JOLENE SULLIVAN

Taken on behalf of the Defendants

DATE TAKEN:  July 6, 2010

TIME:  4:55 p.m.

PLACE: 350 E. Las Olas Boulevard

Fort Lauderdale, Florida

Examination of the witness taken before:

April A. Davis, Registered Professional Reporter and

Florida Professional Reporter

United Reporting, Inc.

1218 SE 3rd Avenue

Fort Lauderdale, Florida 33312

Page 2

```
 1      APPEARANCES:

 2            ON BEHALF OF THE PLAINTIFF:

 3            DIMOND, KAPLAN & ROTHSTEIN, P.A.

              2665 South Bayshore Drive

 4            Penthouse 2B

              Miami, Florida 33133

 5            BY: ROBERT E. LINKIN, ESQ.

 6

 7             ON BEHALF OF THE DEFENDANT:

 8            ADORNO & YOSS, LLP

              350 East Las Olas Boulevard

 9            Suite 1700

              Fort Lauderdale, Florida 33301

10            BY: ROBIN CORWIN CAMPBELL, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                     I N D E X

 2

 3    WITNESS:  JOLENE SULLIVAN

 4    Direct Examination by Ms. Campbell, Page 4

 5    Certificate Of Oath, Page 61

 6    Certificate of Reporter, page 62

 7

 8              DEFENDANT'S EXHIBIT INDEX

 9    No.              Description

10    1                re-notice of taking depo

11    2                document production

12    3                second amended complaint

13    4                letter

14    5                breaking news

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1          Thereupon:

2                        JOLENE SULLIVAN

3          Was called as a witness by the Defendant, and

4    having been first duly sworn, was examined and testified

5    as follows:

6                        DIRECT EXAMINATION

7    BY MS. CAMPBELL:

8          Q     Good afternoon, again.

9          A     Good afternoon.

10         Q     My name is Robin Campbell, and I represent the

11   defendant in the lawsuit that you and some other

12   individuals have filed against IBM credit union.

13         A     All right.

14         Q     Okay.  You are aware of the lawsuit?

15         A     Yes.

16         Q     Okay.  Here with me is Rhaya Ambrose who works

17   for the credit union.  And when I say credit union,

18   that's just short for the IBM Southeast Employees'

19   Credit Union, okay.  So, rather than say the long name

20   each time, I'm just going to call it the credit union.

21         A     Okay.

22         Q     You have been requested to bring with you

23   today documents that were responsive to the Exhibit A

24   that was attached to the notice of taking your

25   deposition.

1      Q     And you had a retirement account through the

2  hospital?

3      A     Right.

4      Q     And you did not establish a retirement account

5  through the credit union?

6      A     No.

7      Q     Did there come a point in time when you

8  learned of financial services being offered through the

9  credit union?

10     A     Yes.

11     Q     Okay.  When did that occur and what did you

12 learn?

13     A     I'm not exactly certain the date, but I

14 believe it was in 2005.  And it must have been like

15 later in the year, because I had surgery early in the

16 year and I really wasn't able to get around.  But when I

17 could get around, I went to the credit union to do some

18 business.  And as I walked in the front door, I was

19 delighted to see this big brass sign that said Wellstone

20 Securities.  And I was happy because I thought they had

21 finally added, you know, a securities division to the

22 credit union.

23     Q     Had you ever asked anyone who's employed by

24 the credit union if they offered securities before you

25 saw this big brass sign that said Wellstone?

Page 15

1      A     Never, never.

2      Q     So, you never asked whether those services

3   were available?

4      A     No, no.

5      Q     And the brass sign, was it attached to a door

6   or was it on a wall?

7      A     No.   It was -- It was on like --

8            MR. LINKIN:   Object to the form.

9            THE WITNESS:   -- a round stand on the bottom.

10      And it was the type of sign that you could put out

11      in the vestibule and then take in at night and lock

12      the doors.

13   BY MS. CAMPBELL:

14      Q     Okay.   So, it was movable?

15      A     But it was a heavy, heavy brass sign.

16      Q     Okay.   And so, you saw the sign.

17            And did you ask someone about --

18      A     I did.   I went --

19      Q     -- what was Wellstone Securities?

20      A     I went over to the receptionist and asked her

21   if there was any way I could speak with someone about

22   what they had to offer.   She said, Well, you have to

23   call the credit union and make an appointment.   So,

24   that's what I did.

25      Q     Okay.   And who did you make an appointment

Page 16

1   with?

2       A    They made an appointment with Christi Lynn

3   Seay.

4       Q    And when you say they, you mean somebody with

5   the credit union who made the appointment?

6       A    Whoever answered the phone. I called a few

7   days after. I had been there been there and seen the

8   sign, I asked for the appointment. Whoever answered the

9   phone made the appointment.

10      Q    And when they answered the phone, what did

11  they say? Is it Wellstone Securities or it was the

12  credit union?

13      A    No.  IBM credit union.

14      Q    And you said, I want to make an appointment to

15  see somebody from Wellstone?

16      A    Yes.  Whoever the specialist is that you have

17  there handling securities now.

18      Q    Had you ever invested securities before that?

19      A    No.  I had that 403(b) that I told you about.

20  That's, you know, the extent. The other money that I

21  had, I had residing in a CD at the credit union.

22      Q    And what was the -- What was the interest

23  rate?

24      A    It was 4 percent on the CD and I don't

25  remember what the duration was.

Page 61

1    CERTIFICATE OF OATH

2    STATE OF FLORIDA

3    COUNTY OF PALM BEACH

4

5        I, April A. Davis, a Registered Professional

6    Reporter and Notary Public, State of Florida, certify

7    that JOLENE SULLIVAN, personally appeared before me on

8    the 6th day of July 2010 and was duly sworn.

9

10       Signed this 6th day of July 2010.

11

12

13    _____

14    April A. Davis, Registered Professional Reporter

15                United Reporting, Inc.

                  1218 SE 3rd Avenue

16          Fort Lauderdale, Florida 33312

17

18

19

20

21

22

23

24

25

Page 62

1

2                    CERTIFICATE OF REPORTER

3       STATE OF FLORIDA        )

4                                    ) SS

5       COUNTY OF BROWARD)

6            I, April A. Davis, Registered Professional

7       Reporter and Notary Public in and for the State of

8       Florida at Large, do hereby certify:

9            That prior to being examined, the witness in

10      the foregoing proceedings was by me duly sworn to

11      testify to the truth;

12           That said proceedings were taken before me at

13      the time and place therein set forth and were

14      taken down by me in shorthand and thereafter

15      transcribed into typewriting under my direction and

16      supervision;

17           I further certify that I am neither  counsel

18      for, nor related to, any party to said proceedings,

19      nor in anywise interested in the outcome thereof.

20           In witness, whereof, I have hereunto

21      subscribed my name.

22           Dated this 6th day of  July, 2010.

23           _____.

24      April A. Davis, RPR  , Notary Public

              State of Florida at Large

25            Commission No. DD802869

              Expires 9/4/12

UNITED REPORTING, INC.
(954) 525-2221

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

Case No.:  09-80973-CIV-RYSKAMP

CLAUDIA SCHORRIG, URSULA KUZENKO

and JOLENE SULLIVAN, on their own behalf

and on behalf of those similarly situated,

Plaintiff,

vs.

IBM SOUTHEAST EMPLOYEES'

FEDERAL CREDIT UNION,

Defendants.

CERTIFIED
COPY

_____

DEPOSITION OF

URSULA KUZENKO

Taken on behalf of the Defendants

DATE TAKEN:   July 6, 2010

TIME:   2:06 p.m.

PLACE: 350 E. Las Olas Boulevard

Fort Lauderdale, Florida

Examination of the witness taken before:

April A. Davis, Registered Professional Reporter and

Florida Professional Reporter

United Reporting, Inc.

1218 SE 3rd Avenue

Fort Lauderdale, Florida 33312

Page 2

1    APPEARANCES:

2        ON BEHALF OF THE PLAINTIFF:

3        DIMOND, KAPLAN & ROTHSTEIN, P.A.

         2665 South Bayshore Drive

4        Penthouse 2B

         Miami, Florida 33133

5        BY: ROBERT E. LINKIN, ESQ.

6

7        ON BEHALF OF THE DEFENDANT:

8        ADORNO & YOSS, LLP

         350 East Las Olas Boulevard

9        Suite 1700

         Fort Lauderdale, Florida 33301

10       BY: ROBIN CORWIN CAMPBELL, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                          I N D E X

2

3      WITNESS:   URSULA KUZENKO

4      Direct Examination by Ms. Campbell, Page 4

5      Certificate Of Oath, Page 64

6      Certificate of Reporter, page 65

7

8                    DEFENDANT'S EXHIBIT INDEX

9      No.                  Description

10     1               notice of taking depo

11     2               document production

12     3               disclosure statement

13     4               marketing materials

14     5               breaking news

15     6               second amended complaint

16

17

18

19

20

21

22

23

24

25

Page 4

1          Thereupon:

2                        URSULA KUZENKO

3          Was called as a witness by the Defendant, and

4     having been first duly sworn, was examined and testified

5     as follows:

6                        DIRECT EXAMINATION

7     BY MS. CAMPBELL:

8          Q     Good afternoon.  I will introduce myself

9     again.  I am Robin Campbell and I am representing

10    defendant IBM Southeast Employees Federal Credit Union

11    in this lawsuit which you are a plaintiff.  Along with

12    me is Rhaya Ambrose, who is a representative of the

13    credit union.

14              Let me ask you to give me your full name.

15         A     Yes.  Ursula Kuzenko.

16         Q     What is your residence address?

17         A     9442 Apartment B, Boca Gardens Parkway, Boca

18    Raton, Florida 33496.

19         Q     How long have you resided at that address?

20         A     20 years.

21         Q     Are you currently employed?

22         A     No.

23         Q     Have you ever had your deposition taken

24    before?

25         A     No.

Page 17

1      Q      How did you meet her?  How did you met

2    Christi?

3      A      Many years ago after my husband passed away.

4    As a member of the credit union I walked in and I he was

5    told -- actually got in a conversation with one of

6    tellers and I had money to invest.  And I wanted like a

7    secure retirement investment and I was told to see one

8    of their people to get me some good ideas.  I went up to

9    the receptionist in the office there and she pointed me

10   out to Christi and that's how I met her the first time.

11     Q      When you say the receptionist pointed Christi

12   out?

13     A      Well, being she said room so and so, third

14   room on the right.

15     Q      Okay.

16     A      And I asked to talk to a person to get some

17   information about investments.

18     Q      And you actually met with Christi?

19     A      Yes.

20     Q      And when you went to meet with her was she in

21   her own separate office with a closed door?

22            MR. LINKIN:  Objection to form.  You can

23       answer.

24   BY MS. CAMPBELL:

25     Q      Describe for me her office location at the

Page 18

1    credit union.

2         A    When you walk in and turn to the right -- I

3    don't know, two or three -- I think three offices in a

4    row to the right side, if you look out of the window you

5    would look out of the front of the credit union to the

6    front parking area.  And I think it was the third or the

7    last right side office.

8         Q    Do you recall if there was anything on the

9    door?

10        A    No.

11        Q    Any name on the door?

12        A    I don't recall anything on the door.

13        Q    Did Christi ever give you a business card?

14        A    I can't recall that.

15        Q    Do you know who she worked for?  Who was her

16   employer, if anybody?

17        A    Well, my impression was it was the credit

18   union.

19        Q    What was the reason for that impression?

20   What's the basis for that?

21        A    Because I went as a member into my bank and

22   asked to speak with somebody about investments.  And

23   that somebody I was pointed out to is sitting in that

24   bank in an office.  Why should I think anything else

25   than this person was an employee of the bank or an

1    employee.

2        Q    Did Christi tell you she worked for the credit

3    union?

4        A    I can't recall that.

5        Q    Did Christi ever give you a business card?

6        A    Not that I recall, no.

7        Q    I'm going to show you what you have produced

8    as part of your document.  It's Kuzenko 000024.  You can

9    refer to that.

10           MR. LINKIN:   That's fine.

11   BY MS. CAMPBELL:

12       Q    Do you see it says Wellstone Securities, LLC

13   --

14       A    Yes.

15       Q    -- above her name?

16       A    I see that.

17       Q    Under her name it says branch manager?

18       A    Mm-hmm.

19       Q    Did you recall any conversation now that you

20   see this business card with Wellstone Securities?

21       A    No, I don't.

22       Q    But you have this card in your documents,

23   that's something that you would have provided your

24   lawyers?

25       A    I couldn't recall it, no.

Page 20

1    Q    This doesn't refresh your recollection --

2    A    Not really, no.

3    Q    -- that Christi was branch manager of

4  Wellstone Securities?

5    A    No.  I never thought of that.  For me she was

6  always a member of the credit union.

7    Q    Again, can you tell me any conversation with

8  Christi where she would have told you she worked for the

9  credit union.

10    A    I know it's many years ago.  I can't recall

11  those conversations.

12    Q    Can you please turn to the second page?

13         MR. LINKIN:  Sure.

14  BY MS. CAMPBELL:

15    Q    Take a look at that document.

16    A    Mm-hmm.

17    Q    Is that your signature at the top?

18    A    It is, yes.

19    Q    That's a purchase agreement?

20    A    Yes.

21    Q    Cornerstone Ministries Investments, Inc. at

22  the top?

23    A    Yes.

24    Q    You were purchasing bonds through Christi

25  Seay?

Page 21

1     A    Yes.

2     Q    At the bottom you see Christi Seay, broker

3  dealer Wellstone Securities?

4     A    Yes.

5     Q    That doesn't refresh your recollection she was

6  a broker for Wellstone?

7     A    I never saw it that way.

8     Q    Is there anything that Christi said to you to

9  dissuade you from understanding that she was affiliated

10  with Wellstone Securities as opposed to the credit

11  union?

12     A    The only thing I remember is that she always

13  talked about her babies and her family and how secure

14  the investments were.  And that's about all I recall

15  quite honestly.

16     Q    Please continue to the next page, which is

17  503.

18     A    Mm-hmm.

19     Q    This is an acknowledgment form from

20  Cornerstone Ministries Investments, Inc. bond that you

21  signed.

22     A    Mm-hmm.

23     Q    Please confirm that's your signature.  It

24  bears a date of July 5th 2007.

25     A    Mm-hmm.

Page 64

1                        CERTIFICATE OF OATH

2          STATE OF FLORIDA

3          COUNTY OF BROWARD

4

5              I, April A. Davis, a Registered Professional

6      Reporter and Notary Public, State of Florida, certify

7      that URSULA KUZENKO, personally appeared before me on

8      the 6th day of July 2010 and was duly sworn.

9

10             Signed this 6th day of July 2010.

11

12                      *April A. Davis*

13        _____

14        April A. Davis, Registered Professional Reporter

15                      United Reporting, Inc.

                        1218 SE 3rd Avenue

16              Fort Lauderdale, Florida 33312

17

18

19

20

21

22

23

24

25

Page 65

1

2                       CERTIFICATE OF REPORTER

3      STATE OF FLORIDA        )

4                                    ) SS

5      COUNTY OF BROWARD)

6           I, April A. Davis, Registered Professional

7      Reporter and Notary Public in and for the State of

8      Florida at Large, do hereby certify:

9           That prior to being examined, the witness in

10     the foregoing proceedings was by me duly sworn to

11     testify to the truth;

12          That said proceedings were taken before me at

13     the time and place therein set forth and were

14     taken down by me in shorthand and thereafter

15     transcribed into typewriting under my direction and

16     supervision;

17          I further certify that I am neither  counsel

18     for, nor related to, any party to said proceedings,

19     nor in anywise interested in the outcome thereof.

20          In witness, whereof, I have hereunto

21     subscribed my name.

22          Dated this 6th day of July, 2010.

23          _____.

24          April A. Davis, RPR  , Notary Public

               State of Florida at Large

25             Commission No. DD802869

               Expires 9/4/12